## SANDERS *vs*, HIGHLAND'S CURATRIX.

A curatrix cannot be sued in the district court. But if she be, have judgment and the pff. appeal, he shall pay costs, in both courts, as he committed the first error.

APPEAL from the court of the parish and city of New-Orleans.

MARTIN, J. delivered the opinion of the court. This action was brought in the district court; the defendant, cura'rix of her husband's estate, had judgment and the plaintiff appealed.

It is unnecessary to examine the case on the

East'n District.
*March*, 1824.

SANDERS
*vs.*
HIGHLAND'S
CURATRIX

merits—the action ought to have been brought before the court of probates—the district court had no jurisdiction.—*Vignaud* vs. *Tonancourt,* 12 *Martin*, 229.

Judgment was incorrectly given on the merits—the suit ought to have been dismissed. But in relieving the plaintiff, we think we cannot do so at the costs of the defendant, as the plaintiff committed the first error.

It is therefore ordered, adjudged and decreed that the judgment be annulled, avoided and reversed and that the plantiff's action be dismissed, he paying cost in both courts.

*Preston* for the plaintiff, ————, for defendant.